MARTIN HEISE *v.* DONALD J. GRIGGS

The defendant's petition for certification for appeal from the Appellate Court (AC 16177) is denied.

*Stephen J. Sinatro,* in support of the petition.

*Leslee B. Hill,* in opposition.

Decided November 7, 1996

MIDDLETOWN COMMERCIAL ASSOCIATES LIMITED PARTNERSHIP ET AL. *v.* CITY OF MIDDLETOWN ET AL.

The petition of the defendants city of Middletown and Middletown parking authority for certification for appeal from the Appellate Court, 42 Conn. App. 426 (AC 14288), is denied.

*Dennis C. Cavanaugh* and *Robert M. Barrack,* in support of the petition.

*Thomas W. Witherington,* in opposition.

Decided November 7, 1996